# IN THE UNITED STATES BANKRUPTCY COURT
# DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: **JOSE LUIS ROSA RIVERA** | CASE NO: **15-07346-ESL** |
| Debtor(s) | Chapter 13 |

## STANDING CHAPTER 13 TRUSTEE §341 MEETING MINUTES AND REPORT ON CONFIRMATION

Petition Filing Date: **09/23/2015**          First Meeting Date: **10/28/2015 at 2:00PM**

Days From Petition Date: **35**          341 Meeting Date: **10/28/2015 at 2:00PM**

910 Days Before Petition: **03/27/2013**          Confirmation Hearing Date: **11/20/2015 at 11:00AM**

Chapter 13 Plan Date: **09/23/2015** ☐ Amended          Plan Base: **$12,750.00**   Plan Docket #**2**

This is Debtor(s) **3** Bankruptcy petition.          This is the **1** scheduled meeting.

Payment(s) ☐ Received or ☑ Evidence shown at meeting:          Total Paid In: **$0.00**

Check/MO# 0103

Date: 10/21/2015     Amount: $ 200.00

---

*APPEREANCES:   ☐ Telephone      ☐ Video Conference

Debtor: ☑ Present ☐ Absent ☑ ID & Soc. OK          Joint Debtor: ☐ Present ☐ Absent   ☐ ID & Soc. OK

☑ Examined      ☐ Not Examined under Oath          ☐ Examined      ☐ Not Examined under Oath

Attorney for Debtor(s): ☐ Not Present   ☑ Present

Name of Attorney Present (Other than Attorney of Record):   RFC JR.

☐ Pro-se

☑ Creditor(s) Present          ☐ None

FIRST BANK-COLON*/ VAZQUEZ- FIRST BANK*

---

*ATTORNEY FEES AS PER R 2016(b) STATEMENT:

Attorney of Record: **ROBERTO FIGUEROA CARRASQUILLO***

Total Agreed: **$3,000.00**     Paid Pre-Petition: **$132.00**     Outstanding (Through the Plan): **$2,868.00**

---

*TRUSTEE'S REPORT ON CONFIRMATION & STATUS OF §341 MEETING

Debtor(s) Income is (are) ☐ Under   ☑ Above Median Income          Liquidation Value: $ 0.00

Commitment Period is       ☐ 36 months     ☑ 60 months §1325(b)(1)(B)     Projected Disp. Inc.: $ 0.00

The Trustee:     ☐ NOT OBJECTS    ☑ OBJECTS    Plan Confirmation     Gen. Uns. Approx. Dist.: 4.22 %

§341 Meeting   ☐ CONTINUED   ☐ NOT HELD   ☑ CLOSED   ☐ HELD OPEN FOR ____ DAYS

§341 Meeting Rescheduled for:_____

Comments:
_____

---

**\*TRUSTEE'S OBJECTIONS TO CONFIRMATION: NOTICE:** LBR 3015-2(c)(6) The debtor must within seven (7) days after service of the objection file either: (A) an amended plan that addresses each objection; or (B) a reply setting forth the facts and legal arguments that give rise to the reply in sufficient detail to allow each objector, if possible, to reconsider and withdraw its objection.

[1325(a)(1)] Failure to comply with her/his/their duties.[11 U.S.C.704(a)(4) and 1302(b)(1)]

Debtor has an interest in an inherited property. Debtor has failed to submit evidence of the mortgage allegedly encumbering said property.

[1325(b)(1)(B)] Projected Disposable Income – Debtor(s) fails to apply projected disposable income, to be received during applicable commitment period, to make payments to unsecured creditors under the plan. [1322(a)(1)]

Debtor will increase the payment in month 55 by $427.00 (entire amount of retirement plan payment that matures on by such date).

**\*OTHER COMMENTS / OBJECTIONS**

Debtor will amend Schedule B in order to correct participation of inheritance (50%).

---

/s/ Jose R. Carrion, Esq.        Meeting Date: Oct 28, 2015
    Trustee

/s/ Nannette Godreau, Esq., Presiding Officer

Last Docket Verified: 10    Last Claim Verified: 3